No. 10-666. Glenn L. Dier, et al., Petitioners v. Merck & Company, Inc.

562 U.S. 1217, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1320.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 391.

No. 10-684. Harriet Bell, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Callaway Partners, LLC, et al.

562 U.S. 1217, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1499.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 632.

No. 10-686. Human Life of Washington, Inc., Petitioner v. Bill Brumsickle, Chair, Washington State Public Disclosure Commission, et al.

562 U.S. 1217, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1422.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 990.

No. 10-689. Troy Barbour, Petitioner v. Louisiana.

562 U.S. 1217, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1370.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 35 So. 3d 1142.

No. 10-691. Alliance Logistics, Inc., nka Alliance 3PL Corporation, Petitioner v. New Prime, Inc., dba Prime, Inc.

562 U.S. 1218, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1463.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 703.

No. 10-692. James D. Schneller, Petitioner v. Able Home Care, Inc., et al.

562 U.S. 1218, 131 S. Ct. 1477, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1306.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 389 Fed. Appx. 90.

No. 10-693. Ernst & Young, LLP, et al., Petitioners v. Sharon P. Clark, Commissioner, Kentucky Department of Insurance, et al.

562 U.S. 1218, 131 S. Ct. 1478, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1322.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 323 S.W.3d 682.